ETS/USAO#2011R00452

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 FEB 25 A 10: 09

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. GLR-13-080 |
| | : | |
| YVONNE CASTLE TAYLOR | : | (Failure to File a Required Report of |
| Defendant. | : | International Transportation of Currency |
| | : | 31 U.S.C. §§ 5316) |

.oOo.

## INFORMATION

### COUNT ONE
**(Failure to File a Required Report of International Transportation of Currency)**

The United States Attorney for the District of Maryland charges that:

On or about May 28, 2011, in the District of Maryland and elsewhere, the defendant, YVONNE CASTLE TAYLOR, did knowingly transport currency in an amount greater than $10,000 out of the United States, knowing that she had a duty to file a report of the amount of the currency, and wilfully failed to file such a report.

(In violation of 31 United States Code, Sections 5316(a)(1)(A) and 5322(a))

## FORFEITURE
### (31 U.S.C. § 5317(c)(1))

Upon conviction of the offense alleged in Count One of this Information, the defendant YVONNE CASTLE TAYLOR shall forfeit to the United States pursuant to Title 31 United States Code 5317(a)(1) all property, real and personal, involved in the offense, and all property traceable thereto.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant's up to the value of the above-described property.

31 U.S.C. 5317(c)
28 U.S.C. §2461(c)

*Rod J. Rosenstein/ets*
Rod J. Rosenstein
United States Attorney